

FILED
NOV 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 243 (Rev. 5/85)   MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

# United States District Court

District  COLUMBIA           Civil Case 07-2118

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| TIMOTHY L. JENNINGS | 07339-016 | CR-06-088-01 |

Place of Confinement
FEDERAL CORRECTIONAL INSTITUTION MCKEAN/P.O. BOX 8000/BRADFORD, PENNSYLVANIA

UNITED STATES OF AMERICA     V.     TIMONTY L. JENNINGS
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA/U.S COURTHOUSE/333 CONSTITUTION AVENUE N.W./ WASHINGTON, D.C. 20001

2. Date of judgment of conviction  AUGUST 23, 2006.

3. Length of sentence  150 months on each of the six counts to run concurrent with each other.

4. Nature of offense involved (all counts)  Six Counts of Unarmed Bank Robbery, contrary to 18 U.S.C. § 2113(a).

5. What was your plea? (Check one)
   (a) Not guilty         ☐
   (b) Guilty             ☒
   (c) Nolo contendere    ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury         ☐
   (b) Judge only   ☐

7. Did you testify at the trial?
   Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒